## United States District Court for the Northern District of Illinois

Case Number: 07cv6401     Assigned/Issued By: j. n.

Judge Name: GOTTSHALL     Designated Magistrate Judge: ASHMAN

---

### FEE INFORMATION

*Amount Due:*  [✓] $350.00   [ ] $39.00   [ ] $5.00
              [ ] IFP        [ ] No Fee   [ ] Other ____
              [ ] $455.00

Number of Service Copies _____     Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350     Receipt #: 2325193

Date Payment Rec'd: 11-12-07     Fiscal Clerk: J. N.

---

### ISSUANCES

[✓] Summons                              [ ] Alias Summons
[ ] Third Party Summons                  [ ] Lis Pendens
[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons       _____
[ ] Citation to Discover Assets              (Victim, Against and $ Amount)
[ ] Writ _____
         (Type of Writ)

1 Original and 1 copies on 11-13-07 as to DEFENDANT
                          (Date)

C:\wpwin80\docket\feeinfo.frm     03/14/05