IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **WINDY CITY MARKETING, INC.** | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 07 cv 6401 |
| | ) | |
| vs. | ) | **JURY TRIAL REQUESTED** |
| | ) | |
| **PLACES ADVERTISING, INC.** | ) | |
| | ) | Judge: Gottschall |
| Defendant. | ) | |

**PLAINTIFF'S NOTICE OF COPYRIGHT REGISTRATIONS**

Plaintiff Windy City Marketing, Inc. ("Windy City"), in response to the Court's request for additional information regarding copyright registrations, states as follows:

1. Windy City deposited nine copyright registrations in the Copyright Office on Tuesday, November 6, 2007, prior to the filing of this lawsuit.

2. A number of the copyright claims of this action are based on the previously mentioned registrations.

3. Windy City has not yet obtained the copyright registration numbers from the Copyright Office, but will provide those to the court upon receipt.

4. Windy City notes that it believes jurisdiction is still proper under 17 U.S.C. §410(d) and §411.

Date:   November 26, 2007               Respectfully submitted,


<u>/s/ Christopher E. Haigh</u>

Christopher E. Haigh
Indiana Bar No. 22038-49
IPAdvisors, Inc.
2038 N. Clark #105
Chicago, IL 60614
(312) 242-1685
(312) 277-9002 (facsimile)

<u>/s/ Geoffrey A. Baker</u>

Geoffrey A. Baker
Illinois Bar No. 6236658
DOWELL BAKER, P.C.
229 Randolph Street
Oak Park, IL 60302
(708) 660-1413
(312) 873-4466 (facsimile)

**Attorneys for Plaintiff
Windy City Marketing, Inc.**