AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | 11/27/07 |
| NAME OF SERVER *(PRINT)* BILL ZOEVELT | TITLE PROCESS SERVER |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: PLACES ADVERTISING, INC
5156 W. 125TH PL, ALSIP, IL 60803
11/27/07 3:00 PM CAUCASIAN MALE, 5'7" APPROX, 220 lbs APPROX, BLK/GREY HAIR

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/27/07
             Date                    Signature of Server

38788 N SHERIDAN AVE
BEACH PARK, IL 60087
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.