U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                        Case Number: 07 C 6401
WINDY CITY MARKETING, INC.
        vs.
PLACES ADVERTISING, INC.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLACES ADVERTISING, INC.

| |
|---|
| NAME (Type or print)<br>Siobhan M. Murphy |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Siobhan M. Murphy |
| FIRM<br>Lewis Brisbois Bisgaard & Smith, LLC |
| STREET ADDRESS<br>550 W. Adams Street, Suite 300 |
| CITY/STATE/ZIP<br>Chicago, Illinois 60661 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6207431 | TELEPHONE NUMBER<br>(312) 345-1778 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐