**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| WINDY CITY MARKETING, INC., <br><br>   Plaintiff, <br><br>  v. <br><br> PLACES ADVERTISING, INC., <br><br>   Defendant. | Case No. 07 C 6401 <br><br> Judge Gottschall <br> Magistrate Judge Ashman |

**MOTION FOR ENLARGEMENT OF TIME
TO FILE RESPONSIVE PLEADING**

Defendant, Places Advertising, Inc., by its attorneys, Danny L. Worker and Siobhán M. Murphy, pursuant to Federal Rule of Civil Procedure 6(b)(1) for their motion to extend the time period in which to answer or otherwise plead to January 14, 2008, state as follows:

1.    Service of summons on Defendant was effected on November 27, 2007.

2.    Counsel for Defendant were recently retained to defend Places Advertising in this litigation and timely filed their appearance on December 14, 2007.

3.    The undersigned counsel seeks an extension of time to investigate this claim, confer with their clients , obtain necessary documentation, and prepare an answer or other pleading in response to the Complaint.  In light of the coming holidays,  Defendant requests an extension to January 14, 2008.

4.    This motion is not being brought to introduce any inconvenience or improper delay, but rather to permit counsel sufficient time to effectively and appropriately prepare

their initial pleadings and investigate this matter. This extension will not cause prejudice to any party.

WHEREFORE, Defendant, Places Advertising, Inc., by its attorneys, Danny L. Worker and Siobhán M. Murphy, pursuant to Federal Rule of Civil Procedure 6(b)(1) for their motion to extend the time period in which to answer or otherwise plead to January 14, 2008

Respectfully Submitted,

_____s/ Siobhan M. Murphy_____
One of the Attorneys for Third-Party Defendants
Sette & Bonadies, P.C. and Fred Sette

Danny L. Worker – ARDC No. 619554
Siobhan M. Murphy – ARDC No. 6207431
Lewis Brisbois Bisgaard & Smith LLP
550 West Adams Street, Suite 300
Chicago, IL  60661
312.345.1718/Fax: 312.345.1778

4815-8992-9730.1                             2