Exhibit A



Exhibit B

# Exhibit C

Exhibit D

Exhibit E



Exhibit F