IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WINDY CITY MARKETING, INC., <br><br> Plaintiff, <br><br> v. <br><br> PLACES ADVERTISING, INC., <br><br> Defendant. | Case No. 07 C 6401 <br><br> Judge Gottschall <br><br> Magistrate Judge Ashman |

**EXHIBITS TO DEFENDANT'S BRIEF IN SUPPORT OF ITS
MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**

| Exhibit No. | Description |
|---|---|
| 1. | Three examples of the Plaintiff's "inside chicago" cover. |
| 2. | Plaintiff's 2008 "inside chicago" book cover, as directed to the Western Suburbs. |
| 3. | Three examples of Plaintiff's "inside Las Vegas" book cover. |
| 4. | Three examples of Defendant's "Places" book cover. |
| 5. | Three other 8.5" x 3.5" coupon book covers. |
| 6. | Affidavit authenticating Exhibits 1 - 5. |
| 7. | *In re Literary Works in Electronic Databases Copyright Litigation*, ___ F.3d ___, 2007 WL 4197413 (2d Cir., 2007) |
| 8. | *Boyle v. Stephens, Inc.,* 1998 WL 80175, at *4 (S.D.N.Y. Feb. 25, 1998). |
| 9. | *Buckman v. Citicorp,* No. 95-0773, 1996 WL 34158, at *3 (S.D.N.Y. Jan 30, 1996), *aff'd* 101 F.3d 1393 (2d Cir.1996). |