





**EXHIBIT 1**