





EXHIBIT 5