IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WINDY CITY MARKETING, INC., | Case No. 07 C 6401 |
| Plaintiff, | |
| v. | Judge Gottschall |
| PLACES ADVERTISING, INC., | Magistrate Judge Ashman |
| Defendant. | |

AFFIDAVIT AUTHENTICATING EXHIBITS 1-5
SUBMITTED IN SUPPORT OF DEFENDANT'S
MOTION TO DISMISS THE FIRST AMENDED COMPLAINT

I, Siobhan M. Murphy, being first duly sworn on oath, do state as follows:

1. I am a partner in the law firm of Lewis Brisbois Bisgaard & Smith. I represent Places Advertising, Inc. in this matter. I am over the age of eighteen and testify to the following on personal knowledge.

2. I have caused the covers of coupon books in my possession to be scanned and copied, in color reproduction, as exhibits to be used in support of this motion. I have reviewed the copies, as scanned, and have compared them to the actual coupon books.

3. The three covers depicted in Defendant's **Exhibit 1** are from actual 8.5" x 3.5" "inside chicago" coupon books in my possession, and truly depict the covers to those books.

4. The cover depicted in Defendant's **Exhibit 2** is from an actual 8.5" x 3.5" "inside chicago" coupon book in my possession, and truly depicts the cover to that book.

5. The three covers depicted in Defendant's **Exhibit 3** are from actual 8.5" x 3.5" "inside Las Vegas" coupon books in my possession, and truly depict the covers to those books.

6. The three covers depicted in Defendant's **Exhibit 4** are from actual 8.5" x 3.5" "Places" coupon books in my possession, and truly depict the covers to those books.

4825-8182-4258.1


EXHIBIT 6

7. The three covers depicted in Defendant's **Exhibit 5** are from actual 8.5" x 3.5" coupon books in my possession (one of which is a fraction of an inch smaller than the others), and truly depict the covers to those books.

8. Each of the books used in **Exhibits 1, 2, 4 and 5** indicates that it involves Chicago or Chicago metropolitan communities. An examination of the businesses advertising in the books indicates that they are likewise in the Chicago metropolitan area. The books used in Exhibit 3 indicate that they involve the Las Vegas area. The coupons contained therein indicate the same.

9. The only alterations to the books contained in the exhibits are removal of the addresses of recipients, where necessary.

FURTHER AFFIANT SAYETH NAUGHT

_____
Siobhan M. Murphy

Subscribed and sworn to
before me this 14th day of
January, 2008, in the County
of Cook, State of Illinois

_____
Notary Public

OFFICIAL SEAL
DOROTHY T. TACCINI
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 8-2-2009

4825-8182-4258.1