**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Windy City Marketing, Inc.
                          Plaintiff,

v.                                            Case No.: 1:07−cv−06401
                                                    Honorable Joan B. Gottschall

Places Advertising, Inc.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, January 23, 2008:

      MINUTE entry before Judge Joan B. Gottschall :Status hearing held on 1/23/2008. Briefing schedule as to MOTION by Defendant Places Advertising, Inc. to dismiss First Amended Complaint [18] is as follows: Responses due by 2/8/2008. Replies due by 2/15/2008. Status Hearing will be set with the Court's Ruling by mail. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.