IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WINDY CITY MARKETING, INC. | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 1:07-cv-06401 |
| | ) | |
| vs. | ) | JURY TRIAL REQUESTED |
| | ) | |
| PLACES ADVERTISING, INC. | ) | Judge Gottschall |
| | ) | |
| Defendant. | ) | |

### NOTICE OF CORRECTED EXHIBITS

Plaintiff, Windy City Marketing, Inc. ("Windy City"), submits the attached Exhibits for purposes of correcting the Exhibits that were filed with Windy City's First Amended Complaint. Windy City further notes:

1.)   Windy City filed each of the attached Exhibits with its original Complaint; and

2.)   Windy City recently discovered that the Exhibits attached to the First Amended Complaint had inadvertently missing pages.

Accordingly, Windy City requests that the following Exhibits be associated with the First Amended Complaint.

Date:   February 8, 2008                           Respectfully submitted,


                                                   /s/ Christopher E. Haigh

                                                   Christopher E. Haigh
                                                   Indiana Bar No. 22038-49
                                                   IPAdvisors, Inc.
                                                   2038 N. Clark #105
                                                   Chicago, IL 60614
                                                   (312) 242-1685
                                                   (312) 277-9002 (facsimile)

                                                   /s/ Geoffrey A. Baker

                                                   Geoffrey A. Baker
                                                   Illinois Bar No. 6236658
                                                   DOWELL BAKER, P.C.
                                                   229 Randolph Street
                                                   Oak Park, IL 60302
                                                   (708) 660-1413
                                                   (312) 873-4466 (facsimile)

                                                   **Attorneys for Plaintiff**
                                                   **Windy City Marketing, Inc.**

## CERTIFICATE OF SERVICE

      The undersigned certifies that on February 8, 2008 the NOTICE OF CORRECTED EXHIBITS was filed via the Court's ECF system, which in turn served the following counsel for Defendant:

Siobhan M. Murphy (smurphy@lbbslaw.com)
Danny Lane Worker (dworker@lbbslaw.com)
Lewis Brisbois Bisgaard & Smith, LLP
550 West Adams Street
Suite 300
Chicago, IL 60661

                                         /s/ Christopher E. Haigh

                                         Christopher E. Haigh
Indiana Bar No. 22038-49
IPAdvisors, Inc.
2038 N. Clark #105
Chicago, IL 60614
(312) 242-1685
(312) 277-9002 (facsimile)

Geoffrey A. Baker
Illinois Bar No. 6236658
DOWELL BAKER, P.C.
229 Randolph Street
Oak Park, IL 60302
(708) 660-1413
(312) 873-4466 (facsimile)

**Attorneys for Plaintiff**
**Windy City Marketing, Inc.**