# Exhibit A

Case 1:07-cv-06401　　Document 23-2　　Filed 02/08/2008　　Page 1 of 12



# Exhibit B

Case 1:07-cv-06401    Document 23-2    Filed 02/08/2008    Page 3 of 12

# inside chicago™



### Introduction
Do you want real results? Experience *inside chicago*™ and discover why it's Chicago's #1 source for motivational mail. In celebration of 15 successful years in Chicago, we are **now introducing a full color format,** bringing even more excitement to our product and to your response.

### About Our Product
*inside chicago*™ is a cost-effective certificate booklet mailed four times a year to select consumers in prime area demographics. It is an ideal vehicle to showcase your business to a proven responsive audience. These communities share some of the highest per capita incomes and a discernible standard of excellence and passion for living well. Our unique approach to motivational mail is designed to generate new customer traffic, increased revenues, and overall general awareness. The convenient, easy-to-read booklet format and interesting clientele help keep *inside chicago*™ in home for up to 90 days...that's three months of repeated exposure for only pennies per household!

### Who Should Advertise
We feature a distinct selection of quality advertisers including fine dining and casual restaurants, entertainment, salons and spas, state-of-the-art fitness clubs, professional health care, retail shops, boutiques, and more! Our unique policy of offering limited exclusivity gives your business the edge over your competition.

### Space Is Limited
All copy and payments must be received by the **published closing date.** Once again, please remember that we allow limited exclusivity in most categories. Those advertisers will also receive first right of refusal for future mailings.

### Future Rewards
Thank you for your consideration. We look forward to working with you and growing together towards a successful future.

grand avenue • chicago, il 60622 • 312.529.5200 • f: 312.529.5229

# Exhibit C



intellectual property attorneys

Nicholas A. Calarco
Vice President of Sales
Places Advertising, Inc.
5156 W. 125th Place
Alsip, IL 60803

**Date 9/13/07**

2038 N. Clark St. #105
Chicago, IL 60614
**T** 312-242-1685
**F** 312-277-9002
chris@ipadvisors.biz
www.ipadvisors.biz

Dear Mr. Calarco:

I am writing on behalf of our client, Windy City Marketing, Inc., the publisher of insidechicago. I am in receipt of a number of your promotional brochures and products that appear to closely mimic if not blatantly copy products for which my client has copyright and federal trademark protection. My client wishes to fully protect its intellectual property, and based on the information I have reviewed, may have additional claims for interference with business relations.

We ask that you immediately cease your marketing efforts using products that closely resemble and cause a likelihood of confusion of the source of the products. We also ask that you immediately cease marketing to insidechicago customers and potential customers using the promotional brochures that obviously were created using the insidechicago promotional literature. We have been authorized to take additional steps as necessary if you do not comply with this request.

If you have any questions as to the extent of our request, please do not hesitate to contact me. We hope to have your assurance of compliance in the very near future.

Sincerely yours,


Christopher Haigh

# Exhibit D


intellectual property attorneys

*via certified mail*

Nicholas A. Calarco
Vice President of Sales
Places Advertising, Inc.
5156 W. 125th Place
Alsip, IL 60803

2038 N. Clark St. #105
Chicago, IL 60614
**T** 312-242-1685
**F** 312-277-9002
chris@ipadvisors.biz
www.ipadvisors.biz

**Date 10/28/07**

Dear Mr. Calarco:

I am writing on behalf of our client, Windy City Marketing, Inc., the publisher of Inside Chicago. You should have already received one letter from me.

We have reviewed your promotional brochures and products that clearly mimic if not blatantly copy products for which our client has copyright and federal trademark protection. Despite our earlier letter to you, we now understand that you have mailed the products that mimic and/or copy our client's products. Our client has authorized us to fully protect its intellectual property, and we are advising it that Windy City Marketing, Inc. may have additional claims for interference with business relations based on your contact with several of its existing customers and your copying of Windy City Marketing, Inc. materials.

This is our final request that you immediately cease your marketing efforts using products that closely resemble and cause a likelihood of confusion of the source of the products. We also ask that you immediately cease marketing to Inside Chicago customers and potential customers using the promotional brochures that clearly were created using the Inside Chicago promotional literature. If you do not respond to our letter with an affirmation that these activities will cease, we have been authorized to take additional steps as necessary.

If you have any questions as to the extent of our request, please do not hesitate to contact me. We hope to have your affirmation of compliance in the very near future.

Sincerely yours,


Christopher Haigh

# Exhibit E



# Exhibit F



5156 W. 125th Place • Alsip, Illinois 60803
708-489-0800 • fax 708-489-2084

www.placesadvertising.com



### Introduction
Would you like to increase your clientele, present your business to a select high income target market and add to your bottom line? **Places**™ will deliver that to your business. We offer high-end quality printing in a four-color certificate booklet coupled with internet exposure at a very affordable price.

### About Our Product
**Places**™ certificate booklet is mailed quarterly in a visually enhanced, one page - one ad, vivid color design and is the most cost effective certificate booklet in the market today! Our product is mailed to communities that have demonstrated and continue to demonstrate prosperity and refinement. These areas have some of the highest per capita incomes with a passion for creating and living at a higher standard. Our goal is to generate new clientele for your company while increasing revenues and gaining more exposure for your business. Our certificate booklet, with its high-gloss and easy to read format, will help keep **Places**™ in your targeted household for that entire three month period.

### Direct Mail + Internet Exposure
In addition to your print ad, we also offer internet access to your coupon(s). That's right! Not only does that household get your coupon certificate but, if they wish, they can reprint it directly from our website, **placesadvertising.com**. This will give you additional sales, repeat business and exposure to thousands more select homeowners from our targeted zones! **Places**™ will give your business the opportunity to increase sales and add to your bottom line almost instantly. The cost per home, for you, is less than ten cents.

### Who Will Advertise
Businesses such as formal and casual dining, modernized health and fitness centers, entertainment, unique spas and salons, retail shops, boutiques, banks, fine jewelry stores, and more. Our coupon booklet contains elite establishments that dare to set their business apart from their competitors!

### Limited Offering
All artwork and payments must be received by our published closing date. We limit availability in specific categories, so get your ad in today!

### Our Commitment
You will receive the finest quality in printing, direct mail and internet advertising for your investment. **Places**™ certificate booklet will be mailed in your target market, enhancing your company's potential profitability. In addition, each advertiser will receive a complementary acrylic display with extra certificate booklets.