IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WINDY CITY MARKETING, INC., <br><br> Plaintiff, <br><br> v. <br><br> PLACES ADVERTISING, INC., <br><br> Defendant. | Case No. 07 C 6401 <br><br> Judge Gottschall <br><br> Magistrate Judge Ashman |

## NOTICE OF FILING

TO: All Counsel of Record (via ECF Fililng System)

    PLEASE TAKE NOTICE that on **February 15, 2008,** we electronically filed with the Clerk of the Court for the Northern District of Illinois, Eastern Division, the **Defendant's Reply in Support of Its Motion to Dismiss the First Amended Complaint,** a copy of which is herewith served upon you.

                            PLACES ADVERTISING, INC.

                            By:     s/ Siobhán M. Murphy
                                          One of Its Attorneys

Danny L. Worker – ARDC No. 619554
Siobhán M. Murphy – ARDC No. 6207431
Lewis Brisbois Bisgaard & Smith LLP
550 West Adams Street, Suite 300
Chicago, IL   60661
312.345.1718 / Fax: 312.345.1778

## CERTIFICATE OF SERVICE

    I hereby certify that on February 15, 2008, I electronically filed the preceding **Notice of Filing** and accompanying document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all registered parties.

                                        s/ Siobhán M. Murphy

4849-8319-8210.1