IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WINDY CITY MARKETING, INC. ) | |
| ) | |
| Plaintiff, ) | Case No.: 07 cv 6401 |
| ) | |
| vs. ) | JURY TRIAL REQUESTED |
| ) | |
| PLACES ADVERTISING, INC. ) | |
| ) | Judge: Gottschall |
| Defendant. ) | |

### PLAINTIFF'S NOTICE OF MOTION FOR LEAVE TO AMEND COMPLAINT

Plaintiff Windy City Marketing, Inc. ("Windy City") shall appear on May 8 at 9:30 a.m., or as soon thereafter as counsel may be heard, before Honorable Judge Gottschall, or any judge sitting in her stead in Room 2356 of the Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois, and then and there present Plaintiff's Motion for Leave to Amend Complaint, a copy of which is attached hereto and herewith served upon you.

Date:   May 5, 2008                               Respectfully submitted,


/s/ Christopher E. Haigh

Christopher E. Haigh
Indiana Bar No. 22038-49
IPAdvisors, Inc.
2038 N. Clark #105
Chicago, IL 60614
(312) 242-1685
(312) 277-9002 (facsimile)

/s/ Geoffrey A. Baker

Geoffrey A. Baker
Illinois Bar No. 6236658

DOWELL BAKER, P.C.
229 Randolph Street
Oak Park, IL 60302
(708) 660-1413
(312) 873-4466 (facsimile)

**Attorneys for Plaintiff**
**Windy City Marketing, Inc.**

## CERTIFICATE OF SERVICE

 I hereby certify that on May 5, 2008, I electronically filed the preceding Notice of Motion and accompanying documents with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all registered parties.

/s/ Christopher E. Haigh
One of the Attorneys for Plaintiff