**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **WINDY CITY MARKETING, INC.** ) | | |
| ) | | |
| **Plaintiff,** ) | **Case No.: 07 cv 6401** | |
| ) | | |
| vs. ) | **JURY TRIAL REQUESTED** | |
| ) | | |
| **PLACES ADVERTISING, INC.** ) | | |
| ) | **Judge: Gottschall** | |
| **Defendant.** ) | | |

**PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT**

Plaintiff Windy City Marketing, Inc. ("Windy City"), hereby moves the Court for leave to amend its Complaint under Fed. R. Civ. Pro. 15(a)(2). In support, Windy City states as follows:

1. Windy City deposited nine copyright registrations in the Copyright Office on Tuesday, November 6, 2007, prior to the filing of this lawsuit.

2. A number of the copyright claims of this action are based on the previously mentioned registrations.

3. Windy City has now obtained Certificates of Registration for the deposited registrations, copies of which are attached to the Second Amended Complaint as Exhibits G and H.

4. Pursuant to Fed. R. Civ. Pro. 15(a)(2), Windy City should be granted leave "when justice so requires," which Windy City believes is exemplified in this case – particularly given Defendant's assertions that this case should be dismissed absent proper Certificates of Registration.

2

Accordingly, Windy City respectfully request leave to file its Second Amended Complaint.

Date:   May 5, 2008                                         Respectfully submitted,

/s/ Christopher E. Haigh

Christopher E. Haigh
Indiana Bar No. 22038-49
IPAdvisors, Inc.
2038 N. Clark #105
Chicago, IL 60614
(312) 242-1685
(312) 277-9002 (facsimile)

/s/ Geoffrey A. Baker

Geoffrey A. Baker
Illinois Bar No. 6236658
DOWELL BAKER, P.C.
229 Randolph Street
Oak Park, IL 60302
(708) 660-1413
(312) 873-4466 (facsimile)

**Attorneys for Plaintiff**
**Windy City Marketing, Inc.**