**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| WINDY CITY MARKETING, INC., | |
| Plaintiff, | |
| | Case No. 07 C 6401 |
| v. | |
| | Judge Gottschall |
| PLACES ADVERTISING, INC., | Magistrate Judge Ashman |
| Defendant. | |

**BRIEF IN OPPOSITION
TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT**

Defendant, Places Advertising, Inc., by its attorneys, Danny L. Worker and Siobhán M. Murphy, submits its brief in support of its opposition to Plaintiff's Motion for Leave to Amend Complaint, filed May 5, 2008, and states as follows:

1.      Plaintiff has submitted its motion seeking essentially to add two certificates of copyright registration in support of this Court's jurisdiction in this matter.

2.      There is currently pending a motion to dismiss raising the threshold issue of this Court's lack of federal subject matter jurisdiction due to Plaintiff's failure to comply with the Copyright Act's mandate that it obtain certification of registration before initiating a copyright suit.

3.      As is discussed in the pending motion to dismiss, where Congress has established a rule forbidding institution of an action until a condition has been satisfied, satisfaction of the condition while the suit is pending is insufficient, and plaintiff must start anew. See, e.g., *McNeil v. United States*, 508 U.S. 106 (1993) (prohibition on institution of suit until administrative claim was resolved required dismissal of suit filed before the administrative claim's resolution, even if that step occurred while the suit is pending).  For this reason Defendant is concerned that an order allowing

this amended complaint cannot cure the failure to follow statutorily required procedures.  As a result, absent a dismissal any work done on this file may ultimately prove wasted.

4.      Defendant is not aware of any Seventh Circuit decision holding that federal question jurisdiction over a copyright suit may be created by late acquisition of the certificates.

5.      Defendant also understands that lack of subject matter jurisdiction cannot be cured by waiver or stipulation.

WHEREFORE, Defendant, Places Advertising, Inc., prays this Court deny Plaintiff's Motion for Leave to Amend Complaint and dismiss the Complaint without prejudice for the reasons stated above.

Respectfully Submitted,

PLACES ADVERTISING, INC.


By: _____ s/ Siobhan M. Murphy _____
One of the Attorneys for Defendant


Danny L. Worker  – ARDC No. 619554
Siobhan M. Murphy – ARDC No. 6207431
Lewis Brisbois Bisgaard & Smith LLP
550 West Adams Street, Suite 300
Chicago, IL  60661
312.345.1718/Fax: 312.345.1778