#### +IN THE UNITED STATES DISTRICT COURT
#### FOR THE NORTHERN DISTRICT OF ILLINOIS
#### EASTERN DIVISION

| | |
|---|---|
| WINDY CITY MARKETING, INC.,<br><br>    Plaintiff,<br><br> v.<br><br>PLACES ADVERTISING, INC.,<br><br>    Defendant. | Case No. 07 C 6401<br><br>Judge Gottschall<br>Magistrate Judge Ashman |

### NOTICE OF FILING

TO:  All Counsel of Record (via ECF Fililng System)

    PLEASE TAKE NOTICE that on **May 7, 2008,** we electronically filed with the Clerk of the Court for the Northern District of Illinois, Eastern Division, the Defendants' **Brief in Opposition to Plaintiff's Motion for Leave to Amend Complaint,** a copy of which is herewith served upon you.

                                                      s/ Siobhán M. Murphy
                                                  One of the Attorneys for Defendant

Danny L. Worker  – ARDC No. 619554
Siobhán M. Murphy – ARDC No. 6207431
Lewis Brisbois Bisgaard & Smith LLP
550 West Adams Street, Suite 300
Chicago, IL  60661
312.345.1718/Fax: 312.345.1778

### CERTIFICATE OF SERVICE

    I hereby certify that on  May 7, 2008, I electronically filed the preceding **Notice of Filing** and accompanying document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all registered parties.

                                                      s/ Siobhán M. Murphy
                                                  One of the Attorneys for Defendant