**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Windy City Marketing, Inc.
                         Plaintiff,

v.                                            Case No.: 1:07−cv−06401
                                                Honorable Joan B. Gottschall

Places Advertising, Inc.
                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 8, 2008:

      MINUTE entry before Judge Honorable Joan B. Gottschall: Motion hearing held on 5/8/2008 as to MOTION by Plaintiff Windy City Marketing, Inc. for leave to file Second Amended Complaint [27]. ( Reply in support is due by 5/15/2008.) Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.