**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| WINDY CITY MARKETING, INC., <br><br> Plaintiff, <br><br> v. <br><br> PLACES ADVERTISING, INC., <br><br> Defendant. | Case No. 07 C 6401 <br><br> Judge Gottschall <br> Magistrate Judge Ashman |

**NOTICE OF MOTION**

TO:   All Counsel of Record (via ECF Fililng System)

On **May 29, 2008**, at the hour of **9:30 A.M.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Joan B. Gottschall, or any judge sitting in her stead in Room 2325 of the Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois, and then and there present Defendants' **Motion for Leave to Submit Supplemental Authority in Support of Motion to Dismiss and in Opposition to Motion to Amend,** a copy of which is attached hereto and herewith served upon you.

                                    s/ Siobhán M. Murphy
                                    One of the Attorneys for Defendant

Danny L. Worker  – ARDC No. 619554
Siobhán M. Murphy – ARDC No. 6207431
Lewis Brisbois Bisgaard & Smith LLP
550 West Adams Street, Suite 300
Chicago, IL  60661
312.345.1718/Fax: 312.345.1778

**CERTIFICATE OF SERVICE**

I hereby certify that on  May 16, 2008, I electronically filed the preceding **Notice of Motion** and accompanying document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all registered parties.

                                    s/ Siobhán M. Murphy
                                    One of the Attorneys for Defendant

4835-8140-0322.1