**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Windy City Marketing, Inc.
                      Plaintiff,

v.                                                 Case No.: 1:07−cv−06401
                                                           Honorable Joan B. Gottschall

Places Advertising, Inc.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 29, 2008:

      MINUTE entry before the Honorable Joan B. Gottschall:MOTION by Defendant Places Advertising, Inc.for Leave to Submit Supplemental Authority in Support of Motion to Dismiss and in Opposition to Motion to Amend [32] is granted. No appearance required.Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.